JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KAREN SULLIVAN, an individual; DAVID LILLEY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> NUTRIBULLET, L.L.C., a California Limited Liability Company, CAPITAL BRANDS, L.L.C., a California Limited Liability Company, HOMELAND HOUSEWARES, L.L.C., a California Limited Liability Company, CALL TO ACTION, L.L.C., a California Limited Liability Company, NUTRILIVING, L.L.C., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:18-cv-04800-DDP (GJSx) <br><br> District Judge: Hon. Dean D. Pregerson <br><br><br> **ORDER RE: STIPULATION OF DISMISSAL** |

1  Pursuant to the stipulation of the parties under Federal Rule of Civil
2  Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed
3  with prejudice as to all claims, causes of action, and parties, with each party
4  bearing that party's own attorney's fees and costs. The clerk is directed to close the
5  file.

7  Dated: June 7, 2023                    _____
8                                          Judge Dean D. Pregerson
                                           United States District Court Judge